# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

November 28, 2023

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

    **Re:**    *Alejandro Courtney v. Sterling Union Sq. LLC and Best Buy Stores, L.P.*

        **<u>Docket No. 1:23-cv-07360 (LGS) (KHP)</u>**

Dear Judge Schofield:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the deadline for the parties to submit a Status Letter from November 28, 2023 to December 15, 2023. This Status Letter is pursuant to paragraph 12. a. of the Civil Case Management Plan and Scheduling Order, dated September 29, 2023. (See ECF Document #19). The reason for this request is because the parties had a mediation session on November 1, 2023, and are scheduled to have this mediation continued on December 7, 2023. The parties therefore desire to devote their time and resources toward a resolution. This is the first application to adjourn the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

Application **GRANTED.** The parties shall file a status letter by **December 15, 2023.**

Dated: November 29, 2023
       New York, New York

        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**