# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 11, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:  *Courtney v. Sterling Union Sq. LLC et al*, Case No. 1: 23-cv-07360-LGS

Your Honor:

We represent defendants Sterling Union Sq. LLC and Best Buy Stores, L.P. in the above-referenced action.  Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, we write jointly with counsel for Plaintiff Alejandro Courtney respectfully to request that the Court extend the parties' deadline to submit a status letter from December 15, 2023 to January 15, 2024.  In support of this request, counsel for the parties state that the parties are continuing to engage in discussions about an early resolution of this action.  In furtherance of those efforts, the parties agreed to reschedule the second mediation session from December 7, 2023 to January 9, 2024, while the parties continue to engage in direct discussions about a resolution.  If granted, this extension will permit the parties to continue to focus their efforts on their negotiations.  This is the parties' second request to extend the deadline to submit a status letter.  The Court granted the parties prior request.  If granted, this extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

C: All Counsel of Record (via ECF)

Application **GRANTED.**  The parties shall file a status letter by **January 15, 2024.**  All other deadlines in this action remain unchanged.

Dated:  December 12, 2023
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                      F +1.212.309.6001