# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

March 25, 2024

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

      **Re:**   *Alejandro Courtney v. Sterling Union Sq. LLC and Best Buy Stores, L.P.*

           **<u>Docket No. 1:23-cv-07360 (LGS) (KHP)</u>**

Dear Judge Schofield:

     We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to restore this action by an additional 30 days. The current deadline is 30 days from Your Honor's Order of February 26, 2024. (See ECF Document #34). This is the first application to extend the deadline and all parties consent. The reason for this request is because the parties require the additional time to fulfill the condition precedent for filing the stipulation of dismissal. Thank you for your time and attention to this matter. With kindest regards, I am

                      very truly yours,

                      /s/
                     Glen H. Parker, Esq.

Application **GRANTED.** Any application to restore this action shall be made by **April 25, 2024.**

Dated: March 26, 2024
       New York, New York

                      **LORNA G. SCHOFIELD**
                      **UNITED STATES DISTRICT JUDGE**